Mary Fleckenstein DYER, Appellant, v. UNITED STATES of America.

No. 7219.

Circuit Court of Appeals, Sixth Circuit.

May 14, 1937.

Simmonds & Bowman, of Johnson City, Tenn., for appellant.

J. B. Frazier, Jr., of Knoxville, Tenn., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that the refusal of the court to require appellee to read all of the affidavit of William P. McIntyre did not affect any substantial right of appellant, and that there was no reversible error in the challenged instructions of the court to the jury, it is therefore ordered and adjudged that the judgment of the District Court be and is affirmed.